DECEMBER, 1823.

### Joshua Kennedy *against* Lud Harris.

ON motion of the Counsel for *Harris* the writ of Error in this case (from *Baldwin* Circuit Court) was dismissed, because no citation appeared to have issued. He afterwards produced a certificate of the Clerk, shewing that a judgment had been rendered in favour of *Harris* against *Kennedy* : that *Kennedy* had obtained a writ of Error and superseded the judgment ; and he now moves for an affirmance of the judgment as described in the certificate. In resistance of the motion the Counsel for *Kennedy* referred to a transcript of the Record, purporting to be of the same case ; by which it appears that the cause was referred to arbitrators, who returned an award on which judgment had not been entered.

*Defendant in Error produces a certificate which sets out a judgment below. Plaintiff in Error shews a transcript in the same cause, in which there is an award, but no judgment. The transcript disregarded, and judgment on the certificate.*

Judge *Saffold* delivered the opinion of the Court.

*Harris*, the defendant in Error, shews by a certificate in strict conformity to the Statute, that a judgment was rendered by the Circuit Court. The transcript referred to by the plaintiff in Error has not been made a part of the Record here : if it had been, the discrepancy would appear to require that a certiorari should issue. But the defendant has no inducement to apply for a certiorari ; and the plaintiff in Error, not having brought himself regularly before this Court, is not entitled to one. We must therefore take the judgment to be as described in the certificate, and it must be affirmed.